(THIS CASE IS A REMOVAL.  CHECK THE LANGUAGE.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL ERIC ANTOINE, | ) | 1:06-CV-00063-REC-WMW-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING |
| v. | ) ) | (DOCUMENT #7) |
| P. R. JONES, et al., | ) ) | |
| Defendants. | ) ) | |

On January 24, 2006, defendants filed a motion to extend time 30 days from the date the court issued its screening order under 42 U.S.C. Section 1915A to file a responsive pleading.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

**Dated:   February 22, 2006**          /s/  William M. Wunderlich
j14hj0                                UNITED STATES MAGISTRATE JUDGE